THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DE MARCO, JR., Appellant.— Judgment of conviction affirmed. All concur. (The judg-

ment convicts defendant of the crime of assault, third degree.)  Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.